**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
KARL LEAVERTON, as the
SECURITYHOLDER'S REPRESENTATIVE,

                Plaintiff,

-against-                        21 **CIVIL** 5659 (LLS)

**JUDGMENT**

OFI GLOBAL INSTITUTIONAL, INC.,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 12, 2022, OFI Global's motion to dismiss SNWAM's Amended Complaint is granted, with prejudice. The amended complaint is dismissed in its entirety, without further leave to amend. No further pleading can alter the words in the Agreement.

**Dated:** New York, New York

      September 14, 2022

                                                 **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                        **BY:**      *K. Mango*

                                                  **Deputy Clerk**